

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00422-CR

Ruben **ZAVALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 485563
Honorable Jason Wolff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 8, 2017.

_____
Karen Angelini, Justice